# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2608 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 87 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 24513 |
| | : | |
| JIMMIE MOORE, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## O R D E R

**PER CURIAM**

**AND NOW**, this 16ᵗʰ day of March, 2022, upon consideration of the Report and Recommendations of the Disciplinary Board, and following oral argument, Jimmie Moore is suspended from the practice of law in the Commonwealth of Pennsylvania for four years, retroactive to May 13, 2019. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).

Justices Todd, Dougherty, and Wecht did not participate in the consideration or decision of this case.